**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC JOSEPH HLADECK, SR., | Case No.: 1:22-cv-1180 JLT HBK |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 24) |
| Defendant. | |

  Marc Joseph Hladeck and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees in the amount of $12,000.00 pursuant to the Equal Access to Justice Act. (Doc. 24 at 1.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation: Plaintiff is **AWARDED** fees in the amount of $12,000.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

 Dated: __**May 29, 2024**__          /s/ Jennifer L. Thurston
                      UNITED STATES DISTRICT JUDGE